# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JACOB HEATH VANSLYKE, #189698**                      **PLAINTIFF**

**v.**                      **CAUSE NO. 1:17cv164-LG-RHW**

**PEARL RIVER COUNTY, ET AL.**                      **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND GRANTING MOTIONS FOR SUMMARY JUDGMENT

This cause comes before the Court on the [74] Report and Recommendation of United States Magistrate Judge Robert Walker entered in this cause on July 25, 2018. Magistrate Judge Walker reviewed two motions for summary judgment filed by Defendant Robin West in this *pro se* prisoner civil rights lawsuit. The Magistrate Judge found no question of material fact for the jury in regard to VanSlyke's claims against Defendant West. Plaintiff VanSlyke did not respond to either motion, nor has he filed an objection to the Magistrate's Judge's findings and conclusions.[1]

Under these circumstances, the Court need only review the Report and Recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After review of this matter, the Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. It will therefore be adopted as the opinion of

---

[1] The Report and Recommendation was received at the correctional facility housing VanSlyke on July 30, 2018. (*See* Acknowledgement of Receipt, ECF No. 75.)

this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [74] Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on July 25, 2018 should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Robin West's [38, 64] Motions for Summary Judgment are **GRANTED**. Plaintiff's claims against Robin West are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE